SUZETTE BURNS et al., Appellants, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued May 22, 1950; decided June 1, 1950.

*A. Mark Levien* for appellants.

*John P. McGrath, Corporation Counsel* (*Arthur H. Kahn, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.